United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH A. ALLDREDGE, | ) | No. C 04-4747 MMC (PR) |
| Petitioner, | ) ) | **ORDER DENYING POST-JUDGMENT MOTIONS** |
| v. | ) ) | |
| ARNOLD SCHWARZENEGGER, | ) | **(Docket Nos. 15 & 16)** |
| Respondent. | ) ) | |
| _____ | ) | |

On November 9, 2004, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 29, 2005, the petition was dismissed, judgment was entered, and the case was closed. On October 5, 2006, petitioner filed a motion to "reissue" a "prior order to show cause," and on October 11, 2006, he filed a "motion to compel" the California Department of Corrections to "implement a 12 hour shift." In light of the entry of judgment and termination of this matter well over a year ago, petitioner's motions are DENIED.

This order terminates Docket Nos. 15 and 16.

IT IS SO ORDERED.

DATED: October 27, 2006

_____
MAXINE M. CHESNEY
United States District Judge