IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. ALLDREDGE, ) | No. C 04-4747 MMC (PR) |
| ) Petitioner, ) | **ORDER DENYING MOTION TO REISSUE ORDER TO SHOW CAUSE AND MOTION TO COMPEL** |
| v. ) | |
| ARNOLD SCHWARZENEGGER, ) | **(Docket Nos. 19 & 20)** |
| ) Respondent. ) | |
| _____ ) | |

On November 9, 2004, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 29, 2005, the petition was dismissed, judgment was entered, and the case was closed. On October 5, 2006, petitioner filed a motion to "reissue" a "prior order to show cause," and on October 11, 2006, he filed a "motion to compel" the California Department of Corrections to "implement a 12 hour shift." In light of the prior entry of judgment and termination of this matter, such motions were denied on October 27, 2006. Now before the Court are petitioner's motions to "compel" and to "reissue" the order to show cause, filed January 22, 2007. Said motions are duplicative of petitioner's previously-denied motions, and as such are hereby DENIED.

This order terminates Docket Nos. 19 and 20.

IT IS SO ORDERED.

DATED: May 18, 2007

_____
MAXINE M. CHESNEY
United States District Judge